IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GARY WADE WILLIAMS, #133760 ) <br> WA#938038, ) <br> ) <br>     Petitioner, ) <br> ) <br>     v. ) <br> ) <br> MAGGIE MILLER STOUT, et al., ) <br> ) <br>     Respondents. ) | CIVIL ACTION NO. 2:05cv864-ID |

**<u>ORDER</u>**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on August 13, 2007 (Doc. No. 44), said Recommendation is hereby adopted, approved and affirmed, and it is

CONSIDERED and ORDERED that the petition for writ of habeas corpus filed by Gary Wade Williams be and the same is hereby DENIED as it was not filed within the one-year period of limitation contained in 28 U.S.C. § 2244(d)(1) and that this case be and the same is hereby DISMISSED with prejudice.

Done this 31st day of August, 2007.

                                          /s/ Ira DeMent
                                          SENIOR UNITED STATES DISTRICT JUDGE